**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2413**

PATRICIA LEVIEGE,

        Plaintiff - Appellant,

    v.

VODAFONE US INC., d/b/a Vodafone Americas,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:16-cv-00374-LMB-IDD)

Submitted: May 23, 2017                            Decided: May 25, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monique Antonia Miles, OLD TOWNE ASSOCIATES, P.C., Alexandria, Virginia, for Appellant. Emily Crandall Harlan, NIXON PEABODY LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Leviege appeals the district court's orders granting Vodafone US Inc.'s (Vodafone) motion to dismiss Leviege's employment discrimination, harassment, and retaliation claims against Vodafone, and denying Leviege's Fed. R. Civ. P. 60(b) motion for reconsideration of the dismissal order. We have considered the parties' arguments and have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Leviege v. Vodafone US Inc.*, No. 1:16-cv-00374-LMB-IDD (E.D. Va. Oct. 4, 2016 & Nov. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*